BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
THOMAS R. JOHNSON, OSB No. 010645
tom.johnson@stoel.com
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
sophie.shaddy-farnsworth@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ERICA TAYLOR, an individual,

Plaintiff,

v.

OREGON HEALTH AND SCIENCE UNIVERSITY, an independent public corporation,

Defendant.

Case No.: 3:23-cv-01564-SB

**DEFENDANT'S PROPOSED VERDICT FORM**

Defendant Oregon Health & Science University ("Defendant") requests that the following proposed verdict form be submitted to the jury. By submitting this proposed verdict form, Defendant does not waive the right to modify its proposed verdict form as the case moves forward through pre-trial proceedings and trial. Defendant expressly reserves the right to amend its verdict form pursuant to the outcome of any pre-trial or trial motions, including but not

limited to those related to damages. By submitting this proposed verdict form, Defendant expressly preserves and does not waive any arguments.

DATED: September 9, 2026

STOEL RIVES LLP

*/s/ Brenda K. Baumgart*

BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
THOMAS R. JOHNSON, OSB No. 010645
tom.johnson@stoel.com
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
sophie.shaddy-farnsworth@stoel.com
Telephone: 503.224.3380

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ERICA TAYLOR, an individual,

Plaintiff,

v.

OREGON HEALTH AND SCIENCE UNIVERSITY, an independent public corporation,

Defendant.

Case No.: 3:23-cv-01564-SB

**VERDICT FORM**

We, the jury, being first duly empaneled and sworn, do unanimously find as follows:

**SECTION 1: TITLE VII – FAILURE TO ACCOMMODATE**

1. Did plaintiff prove by a preponderance of the evidence that

a) she had a bona fide religious belief; and

b) the practice of the belief conflicted with OHSU's COVID-19 Vaccination Policy?

Yes ________ No ________

*If your answer is "No," you have completed your consideration of plaintiff's claims. Stop here and do not answer any other questions in this verdict form. Your presiding juror should sign and date the end of this form and notify the clerk. If your answer is "Yes," proceed to Question 2.*

2. Did plaintiff prove by a preponderance of the evidence that she informed OHSU

a) of her bona fide religious belief; and

b) that the practice of the belief conflicted with OHSU's COVID-19 Vaccination Policy?

Yes ________ No ________

*If your answer is "No," you have completed your consideration of plaintiff's claims. Stop here and do not answer any other questions in this verdict form. Your presiding juror should sign and date the end of this form and notify the clerk. If your answer is "Yes," proceed to Question 3.*

3. Did plaintiff prove by a preponderance of the evidence that OHSU terminated her employment because of her failure to comply with OHSU's COVID-19 Vaccination Policy?

Yes ________ No ________

*If your answer is "No," you have completed your consideration of plaintiff's claims. Stop here and do not answer any other questions in this verdict form. Your presiding juror should sign and date the end of this form and notify the clerk. If your answer is "Yes," proceed to Section 2.*

**SECTION 2: UNDUE HARDSHIP**

*Do not answer Question 4 unless you answered "Yes" to Questions 1, 2 and 3. If you answered "No" to any of Questions 1, 2 or 3, you have completed your consideration of plaintiff's claims. Stop here and do not answer any other questions in this verdict form. Your presiding juror should sign and date the end of this form and notify the clerk.*

4. Did OHSU prove by a preponderance of the evidence that it could not reasonably accommodate plaintiff without undue hardship?

Yes ________ No ________

*If your answer is "Yes," you have completed your consideration of plaintiff's claims. Stop here and do not answer any other questions in this verdict form. Your presiding juror should sign and date the end of this form and notify the clerk. If your answer is "No," proceed to Section 3.*

**SECTION 3: DAMAGES**

*Do not answer Question 5 unless you answered "Yes" to Questions 1, 2 and 3, and answered "No" to Question 4. If you answered "No" to any of Questions 1, 2 or 3 or answered "Yes" to Question 4, skip Section 3 and have your presiding juror sign and date the end of the form and notify the clerk.*

5. Did plaintiff prove by a preponderance of the evidence that she suffered damages because of OHSU's conduct?

Yes ________ No ________

*If your answer is "No," do not answer any other questions in this verdict form. Your presiding juror should sign and date the end of this form and notify the clerk. If your answer is "Yes," proceed to Question 6.*

6. What is the value, if any, of the damages plaintiff suffered because of OHSU's conduct?

Economic Damages $_______________

Noneconomic Damages $_______________

*Have the presiding juror sign and date this form.*

Dated this _____ day of __________, 2026.

________________________________

Presiding Juror